**Exhibit A to the Complaint**

**Location:** Ann Arbor, MI  
**Total Works Infringed:** 32

**IP Address:** 73.144.196.70  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash: 90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 04-30-2021 21:44:55 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 2 | Info Hash: FCBEEDE3DB6496B738DF7E5934DFDED8C282C3ED<br>File Hash: 7ACB95544CC53B724028F63A3CB8D988FC1BEFFD543B9464A86C8695E4713AE5 | 04-21-2021 22:43:16 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 3 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 04-21-2021 09:34:12 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 4 | Info Hash: BB9B1D5CE4DB5A34BD2C3BF4186B2281F6935ADA<br>File Hash: D044D10640875D6E7D75C830EB2613AD8553831CA0CBECE175559DABE29252DF | 04-01-2021 23:24:49 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 5 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 03-02-2021 08:06:40 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 6 | Info Hash: 0947F99AAFE2292BE44C6990E744B53E6FCEF2C4<br>File Hash: EB3B2C3949E88D80F70957B40CD176A502F472BB0C0A3F118F40AD66D87BDA8B | 02-22-2021 08:45:16 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 7 | Info Hash: FEAF5BDAA2944D610E89DE674306200D190975F7<br>File Hash: 85250D722F4C82ECD4C8B5B6D2C3E26BD55F659D43D1199424185AEBD36CC847 | 02-21-2021 15:11:45 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 8 | Info Hash: BC31F15E2E0C297593598BD13CE5B4E549674EDD<br>File Hash: B91C4397FE14831EF984CBDF4B599DE2559794FC2A95FB0BD11A86348F40D5B8 | 02-19-2021 01:49:04 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5E3DA7F3AA422383AC265CFFD2D0C43524E88FC7<br>File Hash: EFCE87CE8C06E931AAB49B4498D4288C58CE0A60458AFB169FB70F7B50848253 | 02-11-2021 15:01:42 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 10 | Info Hash: 8FBA9A6C3E55E2CFEA44773F0061C8DC3DDAA9B0<br>File Hash: FBE001CC5577F60E1205397DE7BB28FAB61AF9AAA7A2017CD1EB77857C8434D2 | 02-10-2021 14:16:55 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 11 | Info Hash: 745016888E87C4D1A38D7CA7C6CAB83A553082BF<br>File Hash: F0213DB85B3DD9C781A167BED2A9C0EA3FCF8C8539EA8210F0FA616E7745116A | 01-29-2021 23:04:48 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 12 | Info Hash: F2FDB63F71CEAC78908689947A30E091D5A496A9<br>File Hash: 95E75F62DED2FEE643032A4D83B87C151C656BD3D6733F8115A20AC9E7E7C3E2 | 01-26-2021 12:30:20 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 13 | Info Hash: E5C15430C8AACA23BED9FD786F87D71C744F3718<br>File Hash: 5488813047B48866EE04408EDF1F2A53DE6FF80DA9ACA4913D58B7DF065F1813 | 01-26-2021 12:19:05 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 14 | Info Hash: 4D354C5790D6AC9010DE3C8FCF304B9F166935E3<br>File Hash: 10227A09710D17B169E853A682617F8CD3D870AB779CC0CA33394064D305C7C3 | 01-23-2021 08:34:35 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 15 | Info Hash: 2313B23C86785158E17F3BFC7FA1E7BAF8908A7B<br>File Hash: F6DC2C223735C7095C45156829763939FA9DCB15D19D61F38B1226B9B947FC0B | 12-31-2020 07:00:19 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 16 | Info Hash: 31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash: 722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 12-23-2020 15:56:14 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 17 | Info Hash: 9DFB2B28348D2D9F5CEE9E2B3D6B412C0A037F67<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 12-22-2020 21:49:06 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1F641B5D025FEB120507720DE29BD0339E07E383<br>File Hash: 7E9EFA74DD4CBFFC83DFBA3721FA235A9E71E1E5FD312E786EAA405B813D7FF4 | 12-08-2020 15:56:25 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 19 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 11-25-2020 21:57:54 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 20 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 11-25-2020 21:57:37 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 21 | Info Hash: 7305155D3B1796DF506B513F8A9E58AA7AAC6C39<br>File Hash: F5C15FFC929D749BB71F63C84A287BC94E20C3325091EBE2349C35BC588A6100 | 11-19-2020 03:40:39 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 22 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB<br>File Hash: D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 11-19-2020 03:28:47 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 23 | Info Hash: 70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash: 4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 10-12-2020 07:12:49 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 24 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09-24-2020 08:09:53 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 25 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09-15-2020 13:43:12 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 26 | Info Hash: CF68460DE9D9906097987EC8282AFEB65C3285B7<br>File Hash: 89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 09-07-2020 13:29:59 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23 File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-20-2020 08:34:51 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 28 | Info Hash: 2710D41458459FBC23A2AAE41110EE55BE1D611D File Hash: 8CFFF825B7B0B0F4DF5BAA70ABB6F6586101BBCAD24CBFC7E47A805412E347A2 | 08-12-2020 03:08:11 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 29 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49 File Hash: 5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 05-03-2020 03:20:45 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 30 | Info Hash: D4BB512F8C0AE6A2925772036D1AD41CDC088861 File Hash: 27843D27F39A962E663A89A982202CEAA6BDF03320DCF9B043676AD2E93B3FC1 | 03-23-2020 07:01:40 | Vixen | 10-01-2018 | 11-01-2018 | PA0002143421 |
| 31 | Info Hash: F2F1D363DB5FAAF52E0991EC8D44300307CF976C File Hash: 383A0519E7F87F67E48BEE1637A2B65FCA49D2D93D26DBBF8F741D6981EFE163 | 02-21-2020 00:52:43 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 32 | Info Hash: E3A8C18869DAC69874DC78556D8EE2B1BA4AC5EA File Hash: 80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 10-04-2019 02:09:34 | Blacked | 09-07-2019 | 09-25-2019 | PA0002203158 |